UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Great Divide Insurance Company,**
        Plaintiff,                              **CIVIL ACTION NO. 15-14146-RGS**

   v.

**Lexington Insurance Company,**
        Defendants.

## JUDGMENT

**Stearns D. J.**

In accordance with the Court's Order (dkt. no. 40) dated 11/6/2017 granting the defendants' Motion for Summary Judgment (dkt. no. 16) it is hereby

ORDERED:      Judgment in favor of the Plaintiff, Great Divide Insurance Company

                                                                             By the Court,

**11/6/2017**                                                              **/s/ Stephanie Caruso**
**Date**                                                                   **Deputy Clerk**