# United States Court of Appeals
## For the First Circuit

_____

No. 18-1054

GREAT DIVIDE INSURANCE COMPANY

Plaintiff - Appellee

v.

LEXINGTON INSURANCE COMPANY

Defendant - Appellant

_____

**JUDGMENT**

Entered: June 13, 2018
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Thomas M. Elcock
Adam R. Doherty
John Albert Kiernan
Joseph H. Aronson